**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL RUSSELL**                                                          **PLAINTIFF**

**V.**                                   **No. 4:21-CV-00271-LPR**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                 **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Commissioner's decision is AFFIRMED.   Judgment is entered in favor of

the Commissioner.

IT IS SO ADJUDGED this 22nd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE